UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETGEAR, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>HARRIS CORPORATION, a Delaware corporation,<br><br>           Defendant. | CASE NO.: 12-cv-01651-YGR<br><br>**INITIAL SCHEDULING ORDER**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Following the Case Management Conference on August 20, 2012, the Court issued the following Initial Scheduling Order:

| Event | Deadline |
|---|---|
| Service of NETGEAR's Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production, pursuant to Patent L.R. 3-1 and 3-2 | October 15, 2012 |
| Service of Harris' Invalidity Contentions and Accompanying Document Production, pursuant to Patent L.R. 3-3 and 3-4 | December 5, 2012 |
| Parties exchange of proposed terms for construction pursuant to Patent L.R. 4-1 | December 21, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 | January 11, 2013 |
| Joint Claim Construction and Pre-hearing Statement under Patent L.R. 4-3 | March 15, 2013 |

INITIAL SCHEDULING ORDER
CASE NO. 12:CV-01651-YGR

| | |
|---|---|
| Claim Construction Discovery Cutoff Under Patent L.R. 4-4 | April 15, 2013 |
| Last day to file and serve Plaintiff's Claim Construction Brief under Patent L.R. 4-5(a) | May 31, 2013 |
| Last day to file and serve Defendant's Claim Construction Brief under Patent L.R. 4-5(b) | June 14, 2013 |
| Last day to file and serve Plaintiff's Reply Claim Construction Brief under Patent L.R. 4-5(c) | June 21, 2013 |
| Technology Tutorial | June 28, 2013 at 10:00 a.m. |
| *Markman* hearing under Patent L.R. 4-6 | July 10, 2013 at 2:00 p.m. |

The Court FURTHER ORDERS that the parties supplement the process of identifying the claims terms to be construed. For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

**IT IS SO ORDERED.**

Dated: **August 23, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**