UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC.,<br><br>        PLAINTIFF,<br><br>v.<br><br>HARRIS CORPORATION,<br><br>        Defendant. | Case No.: 11-cv-3691 YGR<br><br>**ORDER STRIKING DOCKET NO. 31** |

On October 29, 2012, Plaintiff Netgear filed its Notice of Motion and Administrative Motion to Remove Incorrectly Filed Document: Docket No. 31, which states that Docket No. 31 was mistakenly filed and should not be on the docket. The Court hereby **ORDERS** that the document associated with Docket No. 31 is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE