1  James C. Yoon, State Bar No. 177155
   Ryan R. Smith, State Bar No. 229323
2  Alyssa N. Knutson, State Bar No. 267107
   WILSON SONSINI GOODRICH & ROSATI PC
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 493-6811
6  jyoon@wsgr.com
   rsmith@wsgr.com
7  aknutson@wsgr.com

8  Attorneys for Plaintiff NETGEAR, Inc.

9  Henry C. Bunsow (SBN 60707)
   hbunsow@bdiplaw.com
10 Brian A.E. Smith (SBN 188147)
   bsmith@bdiplaw.com
11 Christina M. Finn (SBN 247838)
12 cfinn@bdiplaw.com
   Alden K. Lee (SBN 257973)
13 alee@bdiplaw.com
   BUNSOW, DE MORY, SMITH & ALLISON LLP
14 55 Francisco Street, 6th Floor
   San Francisco, CA  94133
15 Telephone: (415) 426-4747
16 Facsimile:  (415) 426-4744

17 Attorneys for Defendant HARRIS CORPORATION

18
                  UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA
20
                       OAKLAND DIVISION
21
   NETGEAR, INC., a Delaware corporation,     )   CASE NO.:  12-cv-01651-YGR
22                                            )
              Plaintiff,                      )   **JOINT STIPULATION OF**
23                                            )   **DISMISSAL WITH PREJUDICE**
        v.                                    )    AND ORDER
24                                            )
   HARRIS CORPORATION, a Delaware             )
25 corporation,                               )
                                              )
26            Defendant.                      )
                                              )
27                                            )
                                              )
28

STIPULATION OF DISMISSAL
CASE NO. 12:CV-01651-YGR

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff NETGEAR, Inc. and

2    Defendant Harris Corporation, hereby jointly stipulate to the dismissal with prejudice of all claims

3    asserted by and between NETGEAR and Harris in this litigation.  Each party will bear its own

4    costs and attorneys' fees.  The Clerk shall close this file.

5    Respectfully submitted, this 8th day of November, 2012.

6    **WILSON SONSINI GOODRICH & ROSATI PC**

7    By: */s/ James C. Yoon*

8    James C. Yoon

9    Attorneys for Plaintiff NETGEAR, Inc.

10

11   **BUNSOW, DE MORY, SMITH & ALLISON LLP**

12   By: */s/ Christina M. Finn*
     Christina M. Finn

13   Attorneys for Defendant Harris Corporation

14

15

16

17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   Dated: __November 14__, 2012.

20

21

22   _____
     The Honorable Yvonne Gonzalez Rogers

23   United States District Court Judge

24

25

26

27

28
     STIPULATION OF DISMISSAL                    -2-
     CASE NO. 12:CV-01651-YGR