| | |
|---|---|
| 1 | James C. Yoon, State Bar No. 177155 |
| 2 | Ryan R. Smith, State Bar No. 229323 |
|   | Alyssa N. Knutson, State Bar No. 267107 |
| 3 | WILSON SONSINI GOODRICH & ROSATI PC |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 493-6811 |
| 6 | jyoon@wsgr.com |
|   | rsmith@wsgr.com |
| 7 | aknutson@wsgr.com |

Attorneys for Plaintiff NETGEAR, Inc.

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
Christina M. Finn (SBN 247838)
cfinn@bdiplaw.com
Alden K. Lee (SBN 257973)
alee@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Telephone: (415) 426-4747
Facsimile: (415) 426-4744

Attorneys for Defendant HARRIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| NETGEAR, INC., a Delaware corporation, | ) | CASE NO.: 12-cv-01651-YGR |
|  | ) |  |
| Plaintiff, | ) | **JOINT STIPULATION OF** |
|  | ) | **DISMISSAL WITH PREJUDICE** |
| v. | ) | AND ORDER |
|  | ) |  |
| HARRIS CORPORATION, a Delaware corporation, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

STIPULATION OF DISMISSAL
CASE NO. 12:cv-01651-YGR

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff NETGEAR, Inc. and Defendant Harris Corporation, hereby jointly stipulate to the dismissal with prejudice of all claims asserted by and between NETGEAR and Harris in this litigation. Each party will bear its own costs and attorneys' fees. The Clerk shall close this file.

Respectfully submitted, this 8th day of November, 2012.

**WILSON SONSINI GOODRICH & ROSATI PC**

By: */s/ James C. Yoon*
       James C. Yoon

Attorneys for Plaintiff NETGEAR, Inc.

**BUNSOW, DE MORY, SMITH & ALLISON LLP**

By: */s/ Christina M. Finn*
       Christina M. Finn

Attorneys for Defendant Harris Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 14      , 2012.

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

STIPULATION OF DISMISSAL                    -2-
CASE NO. 12:CV-01651-YGR